# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PRIYA PRAKASH**, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>**OREGON HEALTH AND SCIENCE UNIVERSITY**, an independent public corporation,<br><br>Defendant. | Case No. 3:23-cv-01653-IM<br><br>**JUDGMENT** |

Based on this Court's Order, ECF 16, **IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 26th day of April, 2024.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge