IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PRIYA PRAKASH**, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**OREGON HEALTH AND SCIENCE UNIVERSITY**, an independent public corporation,<br><br>　　　　Defendant. | Case No. 3:23-cv-01653-IM<br><br>**JUDGMENT** |

　　Based on the Court's Opinion and Order, ECF 30, **IT IS ADJUDGED** that this case is DISMISSED with prejudice.

　　DATED this 22nd day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　/s/ Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　United States District Judge